Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
sempers@ballardspahr.com

*Attorneys for Plaintiff Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-4*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, NA, SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1 LLC, a Nevada limited liability company; THE RANCHES HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:16-cv-02713-JAD-GWF<br><br>**STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE**<br><br>(First Request) |

Plaintiff Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-4 ("Trustee"), and Defendants, SFR Investments Pool 1 LLC ("SFR") and The Ranches Homeowners Association ("RHA"), collectively "the Parties," by and through their respective counsel of record, hereby stipulate to postpone the settlement conference currently scheduled for Monday, February 26, 2018 before the Honorable Magistrate Judge George Foley, Jr. The Parties further stipulate

DMWEST #16801650 v1

that the scheduling conference will be rescheduled for April 3, 2018 at 10:00 a.m.

Dated this 27th day of February, 2018.

| KIM GILBERT EBRON | BALLARD SPAHR LLP |
|---|---|
| /s/ Jaqueline A. Gilbert | /s/ Sylvia O. Semper |
| Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139-5974<br>Telephone: (702) 485-3300<br><br>*Attorneys for Defendant*<br>*SFR Investments Pool 1, LLC* | Abran E. Vigil, Esq.<br>Nevada Bar No. 1417<br>Sylvia O. Semper, Esq.<br>Nevada Bar No. 12863<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>Telephone: (702) 471-7000<br><br>*Attorneys for Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-4* |

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

/s/ Matthew Grode
Matthew L. Grode, Esq.
Nevada Bar No. 6326
Richard E. Haskin, Esq.
Nevada Bar No. 11592
1140 North Town Center Drive, Suite 300
Las Vegas, Nevada 89144-0596
Telephone: (702) 836-9800

*Attorneys for Defendant*
*The Ranches Homeowners Association*

## ORDER

**IT IS SO ORDERED**.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

DATED: February 28, 2018

2

DMWEST #16801650 v1

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct of copy of the foregoing **STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE (First Request)** was served this 27th day of February, 2018 upon each of the parties via electronic service through the United States District Court for the District of Nevada's CM/ECF filing system.

/s/ C. Bowman
*An employee of Ballard Spahr LLP*

DMWEST #16801650 v1