**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON TRUST, N.A., ) <br> ) <br>     Plaintiff ) <br> vs. ) <br> ) <br> SFR INVESTMENTS POOL 1, LLC, *et al.*, ) <br> ) <br>     Defendants. ) <br> ) | Case No.: 2:16-cv-02713-GMN-EJY <br><br> **ORDER** |

Pending before the Court is the Motion for Summary Judgment, (ECF No. 67), filed by Cross Claimant SFR Investments Pool 1, LLC ("SFR"). In the Motion, SFR requests that the Court enter summary judgment in its favor on its quiet title and injunctive relief claims against Cross Defendants Citibank, N.A. ("Citibank") and Raymond A. Schep ("Schep").

Both Citibank and Schep have not appeared in this action. SFR has previously moved for clerk's entry of default against both parties, which the Clerk of Court granted on June 2, 2017, and July 1, 2019, respectively. (Schep Clerk's Default, ECF No. 33); (Citibank Clerk's Default, ECF No. 71). In light of SFR having attained a clerk's entry of default as to these parties, the Court finds that SFR's requested relief is most appropriately raised in a motion for default judgment. *See* Fed. R. Civ. P. 55(b); *Bank of New York Mellon v. Sommerset Park Homeowners Ass'n*, No. 2:16–CV–01811–GMN–CWH, 2019 WL 3017661, at *6 (D. Nev. July 10, 2019).

/ / /

/ / /

/ / /

/ / /

/ / /

## I. CONCLUSION

**IT IS HEREBY ORDERED** that SFR's Motion for Summary Judgment, (ECF No. 67), is **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that in the event SFR seeks default judgment against Citibank and Schep, SFR shall file a motion for default judgment within twenty-eight (28) days of this Order's issuance. Otherwise, SFR shall file a status report within this deadline apprising the Court as to how it intends to proceed against these parties.

**DATED** this __29__ day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court