AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Wilmington Trust, NA

           Plaintiff,

v.

SFR Investments Pool 1, LLC, et al.

           Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-02713-GMN-EJY

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that default judgment is entered against Citibank, N.A. and Raymond A. Schep.

| 4/22/20 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |
| | /s/ A. Reyes |
| | Deputy Clerk |